UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-17711 |
| William Villazana | ) | (Jointly Administered) |
| Beatriz Reyna-Villazana | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

This matter coming before the Court on the Debtors' motion to modify the Chapter 13 Plan; IT IS ORDERED:

The motion is GRANTED as follows:

1. The default accruing through June 2022 is deferred.

2. The remaining payments under the plan will be $1,202 for 39 months, beginning July 2022.

3. The trustee is not required to collect any amounts paid under previous plans.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: July 19, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600