**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | William Villazana |
| Debtor 2 (Spouse, if filing) | Beatriz Reyna-Villazana |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 20-17711 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

**Court claim no.** (if known): 8-2

**Last 4 digits** of any number you use to Identify the debtor's account: 1734

**Date of payment change:**
Must be at least 21 days after date of this notice
07/01/2022

**New total payment:** $866.31
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

❑ No
■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:_____

Current escrow payment: $306.48     New escrow payment: $272.19

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

■ No
❑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why:_____

Current interest rate _____ %     New interest rate: _____ %

Current **principal and interest payment:** $_____     New **principal and interest payment:** $_____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No
❑ Yes. Attach a copy of any documents describing basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment: $_____     New mortgage payment: $_____

| Debtor 1 | William Villazana | | | Case number *(if known)* | 20-17711 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | |
|---|---|---|---|
| ✗ /s/ Joel P. Fonferko | | Date | 5/31/2022 |
| Signature | | | |
| Print | Joel P. Fonferko | Title | Attorney for Creditor |
| | First Name    Middle Name    Last Name | | |
| Company | Codilis & Associates, P.C. | | |
| Address | 15W030 North Frontage Road, Suite 100 | | |
| | Number    Street | | |
| | Burr Ridge    IL    60527 | | |
| | City    State    ZIP Code | | |
| Contact phone | (630) 794-5300 | Email | bkpleadingsNORTHERN@il.cslegal.com |

CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on May 31, 2022 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on May 31, 2022.

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 by electronic notice through ECF
William Villazana , Beatriz Reyna-Villazana , Debtor(s), 5716 S California Ave., Chicago, IL 60629
David H Cutler, Attorney for Debtor(s), 4131 Main St., Skokie, IL 60076 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

      /s/ Joel P. Fonferko

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

NOTE: This law firm is a debt collector.

**ROCKET** Mortgage

1050 Woodward Avenue | Detroit, MI 48226

**Annual Escrow Account Disclosure Statement**

BEATRIZ VILLAZANA
WILLIAM VILLAZANA SR
5716 S CALIFORNIA AVE
CHICAGO IL 60629

### Loan Information

**Loan Number:**
**Property Address:** 5716 S California Ave
Chicago, IL 60629
**Statement Date:** 05/23/2022
**New Payment Effective Date:** 07/01/2022

### 1. Your Escrow Account Items

To take a closer look at your numbers, sign in to Rocket Mortgage® and click on the Loan Information tab.

**Annual Escrow Account Breakdown**

| Activity | Estimated Amount* | Actual Amount | Next Due |
|---|---|---|---|
| County Taxes | $2,121.57 | $2,041.37 | 07/2022 |
| Homeowners Insurance | $1,230.88 | $1,225.00 | 02/2023 |
| **Totals:** | **$3,352.45** | **$3,266.37** | |

*The estimated amounts are based on an amount provided previously or the amount last disbursed.

### 2. Your Escrow Account Has An Overage

Great news – you're getting a refund. Please note that your payment may still be changing. Your check is attached, or if it couldn't be attached, it's being sent to you separately.

**Projected Escrow Account Balance**

| | |
|---|---|
| Projected Minimum Balance: | $1,052.59 |
| Required Minimum Balance: | $544.40 |
| **Overage Amount:** | **$508.19** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

### 3. Your Payment Is Changing

Your escrow payment is decreasing.

**Breaking Down The Numbers**

| | Current | New |
|---|---|---|
| Principal & Interest: | $594.12 | $594.12 |
| Escrow Payment: | $306.48 | $272.19 |
| **Monthly Payment:** | **$900.60** | **$866.31** |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of the bankruptcy plan.



**Mortgage Payment Breakdown**

Current Payment / New Payment

■ Principal & Interest    ■ Escrow Payment

### Quick And Easy Payment Options

RocketMortgage.com    Rocket Mortgage® mobile app    24/7 access at (800) 508-0944

THIS SPACE INTENTIONALLY LEFT BLANK

Page 1

**Annual Escrow Account Disclosure Statement**

**ROCKET Mortgage**
1050 Woodward Avenue | Detroit, MI 48226

## 4. A Closer Look At Your Escrow Account History



Total Tax & Insurance Payments

This chart highlights the differences between the estimated and actual payment amounts for the taxes and insurance and shows the reason for the current overage.

The actual amounts paid out for taxes and insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your tax and insurance payment amounts are highlighted in yellow.

**Escrow Account Activity History For October 2021 To June 2022**

| Date | Activity | Payments Estimated | Payments Actual | Disbursements Estimated | Disbursements Actual | Balance Estimated | Balance Actual |
|---|---|---|---|---|---|---|---|
| 10/2021 | Beginning Balance | | | | | $1,117.49 | – $2,500.23 [D] |
| 10/2021 | Deposit | $279.37 | $0.00 | $0.00 | $0.00 | $1,396.86 | – $2,500.23 [D] |
| 11/2021 | Deposit | $279.37 | $0.00 | $0.00 | $0.00 | $1,676.23 | – $2,500.23 [D] |
| 12/2021 | Deposit | $279.37 | $0.00 | $0.00 | $0.00 | $1,955.60 | – $2,500.23 [D] |
| 01/2022 | Deposit | $279.37 | $0.00 | $0.00 | $0.00 | $2,234.97 | – $2,500.23 [D] |
| 02/2022 | Deposit | $279.37 | $270.47 | $0.00 | $0.00 | $2,514.34 | – $2,229.76 [D] |
| 02/2022 | Withdrawal – COUNTY TAXES | $0.00 | $0.00 | $1,155.86 | $1,134.50 | $1,358.48 | – $3,364.26 [D] |
| 02/2022 | Withdrawal – HOMEOWNERS INS | $0.00 | $0.00 | $0.00 | $1,222.00 | $1,358.48 | – $4,586.26 [D] |
| 03/2022 | Deposit | $279.37 | $1,781.02 | $0.00 | $0.00 | $1,637.85 | – $2,805.24 [D] |
| 03/2022 | Withdrawal – HOMEOWNERS INS | $0.00 | $0.00 | $0.00 | $1,225.00 | $1,637.85 | – $4,030.24 [D] |
| 04/2022 | Deposit | $279.37 | $0.00 | $0.00 | $0.00 | $1,917.22 | – $4,030.24 [D] |
| 05/2022 | Deposit | $279.37 | $5,865.20 | $0.00 | $0.00 | $2,196.59 | $1,834.96 |
| 06/2022 | Deposit | $279.37 | $306.48 | $0.00 | $0.00 | $2,475.96 | $2,141.44 [**] |
| | **Totals** | **$2,514.33** | **$8,223.17** | **$1,155.86** | **$3,581.50** | | |

[**] This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.
[D] Your account had or is projected to have a deficiency. This is a negative balance in your account.

THIS SPACE INTENTIONALLY LEFT BLANK

continued →
Page 2

**ROCKET Mortgage**

**Annual Escrow Account Disclosure Statement**

1050 Woodward Avenue | Detroit, MI 48226

## 5. A Closer Look At Projections For Your Escrow Account

**Escrow Account Projection**

| Description | Annual Amount |
|---|---|
| COUNTY TAXES: | $2,041.37 |
| HOMEOWNERS INS: | $1,225.00 |
| **Total Annual Taxes And Insurance:** | **$3,266.37** |
| **New Monthly Escrow Payment:** | **$272.19** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $544.40. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

**Future Escrow Account Activity For July 2022 To June 2023**

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Required |
|---|---|---|---|---|---|
| 07/2022 | Beginning Balance | | | $2,141.44 | $1,633.25 |
| 07/2022 | Deposit | $272.19 | $0.00 | $2,413.63 | $1,905.44 |
| 07/2022 | Withdrawal – COUNTY TAXES | $0.00 | $906.87 | $1,506.76 | $998.57 |
| 08/2022 | Deposit | $272.19 | $0.00 | $1,778.95 | $1,270.76 |
| 09/2022 | Deposit | $272.19 | $0.00 | $2,051.14 | $1,542.95 |
| 10/2022 | Deposit | $272.19 | $0.00 | $2,323.33 | $1,815.14 |
| 11/2022 | Deposit | $272.19 | $0.00 | $2,595.52 | $2,087.33 |
| 12/2022 | Deposit | $272.19 | $0.00 | $2,867.71 | $2,359.52 |
| 01/2023 | Deposit | $272.19 | $0.00 | $3,139.90 | $2,631.71 |
| 02/2023 | Deposit | $272.19 | $0.00 | $3,412.09 | $2,903.90 |
| 02/2023 | Withdrawal – COUNTY TAXES | $0.00 | $1,134.50 | $2,277.59 | $1,769.40 |
| 02/2023 | Withdrawal – HOMEOWNERS INS | $0.00 | $1,225.00 | $1,052.59 | $544.40[L] |
| 03/2023 | Deposit | $272.19 | $0.00 | $1,324.78 | $816.59 |
| 04/2023 | Deposit | $272.19 | $0.00 | $1,596.97 | $1,088.78 |
| 05/2023 | Deposit | $272.19 | $0.00 | $1,869.16 | $1,360.97 |
| 06/2023 | Deposit | $272.19 | $0.00 | $2,141.35 | $1,633.16 |
| | **Totals** | **$3,266.28** | **$3,266.37** | | |

[L]This amount denotes the projected low point balance.

As a result of your escrow overage, a check may be attached. If you prefer, you can contact us to void this check and apply the amount to your loan's principal and interest or leave the overage amount in your escrow account.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084
**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET
**Preguntas:** (800) 982-2544
Page 3